No. 75–526. LOCAL 1104, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 75–546. KLEIFGEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–547. PUN HOI CHENG v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 75–557. NEW MEXICO v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 10th Cir. Certiorari denied.

No. 75–559. VESPE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–574. TOPSY'S INTERNATIONAL, INC., ET AL. v. SEIFFER ET AL.; and
No. 75–633. TOUCHE ROSS & CO. v. SEIFFER ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 520 F. 2d 795.

No. 75–575. KLEIN ET AL. v. CITY OF MENLO PARK ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–581. CIVITA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–585. REILLY v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–590. CONSUMERS UNION OF THE UNITED STATES, INC. v. PERIODICAL CORRESPONDENTS' ASSN. ET AL. C. A. D. C. Cir. Certiorari denied.